JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| NANCY DOLUKHANIAN, | ) | No. 2:19-cv-05863-FFM |
| Plaintiff, | ) ) ) | **[PROPOSED]** |
| v. | ) ) | **JUDGMENT OF REMAND** |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) ) ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: December 30, 2019        /s/ Frederick F. Mumm
FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE